# EXHIBIT E

**D.C. Superior Court Docket for Civil Action No. 13-0006548
All Pleadings Filed Prior to Notice of Notice of Removal**

2013 CA 006548 B: THE NATIONAL CONSUMERS LEAGUE Vs. BIMBO BAKERIES USA

| | |
|---|---|
| Case Type: Civil II | File Date: 09/26/2013 |
| Status: Open | Status Date: 09/26/2013 |
| Disposition: Undisposed | Disposition Date: |

| Party Name | Party Alias(es) | Party Type | Attorney(s) |
|---|---|---|---|
| THE NATIONAL CONSUMERS LEAGUE | | PLAINTIFF | REZVANI, Ms TRACY D |
| BIMBO BAKERIES USA | | Defendant | LUXTON, Mr STEVEN A |

| Schedule Date | Schedule Time | Description |
|---|---|---|
| 01/03/2014 | 10:00 AM | Initial Scheduling Conference-60 |

| Docket Date | Description | Messages |
|---|---|---|
| 10/28/2013 | Order Granting Motion to Extend Time to Answer Complaint Entered on the Docket | Order Granting Consent Motion to Extend Time to Answer Complaint Entered on the Docket. Signed in Chambers by Judge Mott, docketed, efiled, and eserved on 10/28/13. TV |
| 10/17/2013 | Motion to Extend Time to Answer to Complaint Filed | Consent Motion to Extend Defendant's Time to Respond to the Complaint Filed. submitted 10/17/2013 12:25. cms.<br>Attorney: LUXTON, Mr STEVEN A (470468)<br>BIMBO BAKERIES USA (Defendant); Receipt: 265430 Date: 10/21/2013 |
| 10/17/2013 | Praecipe Filed: | Bimbo Bakeries USA's Corporate Disclosure Statement Filed. submitted 10/17/2013 12:21. cms.<br>Attorney: LUXTON, Mr STEVEN A (470468)<br>BIMBO BAKERIES USA (Defendant); |
| 10/17/2013 | Praecipe to Enter Appearance Filed | Praecipe to Enter Appearance Filed. submitted 10/17/2013 12:11. cms.<br>Attorney: LUXTON, Mr STEVEN A (470468)<br>BIMBO BAKERIES USA (Defendant); |
| 10/17/2013 | Certificate of Service | Certificate of Service Filed. submitted 10/17/2013 16:42. tw<br>Attorney: LUXTON, Mr STEVEN A (470468)<br>BIMBO BAKERIES USA (Defendant); |
| 09/26/2013 | Service Issued | Issue Date: 09/26/2013<br>Service: Summons Issued<br>Method: Service Issued<br>Cost Per: $<br><br>BIMBO BAKERIES USA<br>255 Business Center Drive<br>HORSHAM, PA 19044<br>Tracking No: 5000138502 |
| 09/26/2013 | Event Scheduled | Event Scheduled<br>Event: Initial Scheduling Conference-60<br>Date: 01/03/2014 Time: 10:00 am<br>Judge: MOTT, JOHN M Location: Courtroom 221 |
| 09/26/2013 | Complaint for Fraud Filed | Complaint for Fraud Filed<br>Attorney: REZVANI, Ms TRACY D (464293)<br>THE NATIONAL CONSUMERS LEAGUE (PLAINTIFF); Receipt: 263679 Date: 09/26/2013 |

| Receipt # | Date | From | Payments | Fee | Amount Paid |
|---|---|---|---|---|---|
| 265430 | 10/21/2013 | luxton | Efile $20.00 | Cost $20.00 | $20.00 |
| 263679 | 09/26/2013 | THE NATIONAL CONSUMERS LEAGUE | Check $120.00 | Cost $120.00 | $120.00 |

*The National Consumers League v. Bimbo Bakeries USA*

**Complaint Reproduced in Exhibit A**

Filed
D.C. Superior Court
10/17/2013 12:11PM
Clerk of the Court

**SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| THE NATIONAL CONSUMERS LEAGUE, 1701 K Street, NW, Suite 1200, Washington, DC 200006, on behalf of the general public, <br><br> Plaintiff, <br><br> v. <br><br> BIMBO BAKERIES USA, 255 Business Center Drive, Horsham, PA 19044 <br><br> Defendant. | Civ. No. 2013-CA-0006548 B <br><br> Honorable John M. Mott <br><br> Next Scheduled Event: <br> Initial Conference, January 3, 2014 |

## **PRAECIPE TO ENTER APPEARANCE**

Please enter the appearance of Steven A. Luxton, of Morgan, Lewis & Bockius LLP, as counsel of record for Bimbo Bakeries USA, in the above-captioned case.


Dated: October 17, 2013

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Steven A. Luxton
   Steven A. Luxton
   D.C. Bar No. 470468
   1111 Pennsylvania Avenue, NW
   Washington, DC 20004
   Telephone:  202.739.3000
   Facsimile:   202.793.3001
   sluxton@morganlewis.com

   *Attorney for Defendant*
   *Bimbo Bakeries USA*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 17, 2013 a true and correct copy of the foregoing document was served on all counsel of record by electronic submission via CaseFileXpress.

/s/ Steven A. Luxton
Steven A. Luxton

Filed
D.C. Superior Court
10/17/2013 12:25PM
Clerk of the Court

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| THE NATIONAL CONSUMERS LEAGUE, 1701 K Street, NW, Suite 1200, Washington, DC 200006, on behalf of the general public, <br><br> Plaintiff, <br><br> v. <br><br> BIMBO BAKERIES USA, 255 Business Center Drive, Horsham, PA 19044 <br><br> Defendant. | Civ. No. 2013-CA-0006548 B <br><br> Honorable John M. Mott <br><br> Next Scheduled Event: <br> Initial Conference, January 3, 2014 |

### CONSENT MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT

Defendant Bimbo Bakeries USA ("Bimbo Bakeries"), by and through its undersigned counsel, without waiver of its claims and/or defenses in this action, hereby moves this Court to extend the time by which Bimbo Bakeries must answer, move or otherwise respond to the Complaint. Bimbo Bakeries respectfully requests that this Court grant its Consent Motion on the following grounds:

1. Plaintiff, The National Consumers League ("NCL"), filed the Complaint in this case on September 26, 2013.

2. Bimbo Bakeries was served with the Complaint on or about September 27, 2013.

3. Bimbo Bakeries' response to the Complaint is currently due on October 17, 2013.

4. On October 16, 2013, counsel for NCL agreed via e-mail to provide Bimbo Bakeries with a 30-day extension of time to respond to the Complaint.

5. Bimbo Bakeries seeks to extend the time by which it must answer, move or otherwise respond to the Complaint by 30 days or by November 18, 2013.

6. This is Bimbo Bakeries' first request for an extension of time to file a response to the Complaint in this case.

7. This Consent Motion is being brought within the time permitted to respond to the Complaint.

Accordingly, Bimbo Bakeries respectfully requests that this Court grant it an extension of time to answer, move or otherwise respond to the Complaint until November 18, 2013.

Dated: October 17, 2013

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Steven A. Luxton
Steven A. Luxton
D.C. Bar No. 470468
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:   202.739.3000
Facsimile:    202.793.3001
sluxton@morganlewis.com

*Attorney for Defendant*
*Bimbo Bakeries USA*

# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
# CIVIL DIVISION

| | |
|---|---|
| THE NATIONAL CONSUMERS LEAGUE, 1701 K Street, NW, Suite 1200, Washington, DC 200006, on behalf of the general public, <br><br> Plaintiff, <br><br> v. <br><br> BIMBO BAKERIES USA, 255 Business Center Drive, Horsham, PA 19044 <br><br> Defendant. | Civ. No. 2013-CA-0006548 B <br><br> Honorable John M. Mott <br><br> Next Scheduled Event: <br> Initial Conference, January 3, 2014 |

## CERTIFICATE PURSUANT TO D.C. SUPER. CT. R. CIV. PROC. 12-I

Pursuant to Superior Court Rule of Civil Procedure 12-I, the undersigned counsel certifies that all parties consent to the relief sought in the above-referenced motion.

Dated: October 17, 2013

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Steven A. Luxton
    Steven A. Luxton
    D.C. Bar No. 470468
    1111 Pennsylvania Avenue, NW
    Washington, DC 20004
    Telephone:   202.739.3000
    Facsimile:   202.793.3001
    sluxton@morganlewis.com

*Attorney for Defendant*
*Bimbo Bakeries USA*

**SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| THE NATIONAL CONSUMERS LEAGUE, 1701 K Street, NW, Suite 1200, Washington, DC 200006, on behalf of the general public, <br><br> Plaintiff, <br><br> v. <br><br> BIMBO BAKERIES USA, 255 Business Center Drive, Horsham, PA 19044 <br><br> Defendant. | Civ. No. 2013-CA-0006548 B <br><br> Honorable John M. Mott <br><br> Next Scheduled Event: <br> Initial Conference, January 3, 2014 |

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 17, 2013, the foregoing Consent Motion to Extend Defendant's Time To Respond to the Complaint, Rule 12-I Certificate, and proposed Order were served on all counsel of record electronically via the CaseFileXpress system.

Dated: October 17, 2013

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Steven A. Luxton
Steven A. Luxton
D.C. Bar No. 470468
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.739.3000
Facsimile: 202.793.3001
sluxton@morganlewis.com

*Attorney for Defendant*
*Bimbo Bakeries USA*

**SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| THE NATIONAL CONSUMERS LEAGUE, 1701 K Street, NW, Suite 1200, Washington, DC 200006, on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>BIMBO BAKERIES USA, 255 Business Center Drive, Horsham, PA 19044<br><br>Defendant. | Civ. No. 2013-CA-0006548 B<br><br>Honorable John M. Mott<br><br>Next Scheduled Event:<br>Initial Conference, January 3, 2014 |

## **[PROPOSED] ORDER**

**UPON CONSIDERATION OF** the Consent Motion to Extend Defendant's Time to Respond to the Complaint, it is:

**ORDERED** that the Motion is **GRANTED** and it is further

**ORDERED** that Defendant Bimbo Bakeries USA be granted an extension of time to respond to the Complaint until November 18, 2013.


Dated: _____, 2013    _____
                                          Judge John M. Mott
                                          D.C. Superior Court Judge

Copies to:

| | |
|---|---|
| Tracy Rezvani, Esquire | Steven A. Luxton, Esquire |
| Rezvani Volin & Robert P.C. | Morgan, Lewis & Bockius LLP |
| 1050 Connecticut Ave, N.W., 10th Floor | 1111 Pennsylvania Avenue, NW |
| Washington, D.C. 20036 | Washington, DC 20004 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *The National Consumers League* | *Bimbo Bakeries USA* |

Filed
D.C. Superior Court
10/17/2013 12:21PM
Clerk of the Court

# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| THE NATIONAL CONSUMERS LEAGUE, 1701 K Street, NW, Suite 1200, Washington, DC 200006, on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>BIMBO BAKERIES USA, 255 Business Center Drive, Horsham, PA 19044<br><br>Defendant. | Civ. No. 2013-CA-0006548 B<br><br>Honorable John M. Mott<br><br>Next Scheduled Event:<br>Initial Conference, January 3, 2014 |

## BIMBO BAKERIES USA'S CORPORATE DISCLOSURE STATEMENT

Pursuant to D.C. SCR-Civil Rule 7.1(a), Defendant Bimbo Bakeries USA, by its undersigned counsel, hereby certifies that it is a wholly owned subsidiary of BBU, Inc. Ten percent or more of the shares of BBU, Inc. are owned by Grupo Bimbo, S.A.B. de C.V., a publicly-traded corporation whose stock is traded on the City of Mexico stock exchange, and Bimar International S.A. de C.V.

Dated: October 17, 2013

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Steven A. Luxton
    Steven A. Luxton
    D.C. Bar No. 470468
    1111 Pennsylvania Avenue, NW
    Washington, DC 20004
    Telephone: 202.739.3000
    Facsimile: 202.793.3001
    sluxton@morganlewis.com

    *Attorney for Defendant*
    *Bimbo Bakeries USA*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 17, 2013 a true and correct copy of the foregoing document was served on all counsel of record by electronic submission via CaseFileXpress.

                                              /s/ Steven A. Luxton  
                                                Steven A. Luxton

Filed
D.C. Superior Court
10/17/2013 16:42PM
Clerk of the Court

# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| THE NATIONAL CONSUMERS LEAGUE, 1701 K Street, NW, Suite 1200, Washington, DC 200006, on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>BIMBO BAKERIES USA, 255 Business Center Drive, Horsham, PA 19044<br><br>Defendant. | Civ. No. 2013-CA-0006548 B<br><br>Honorable John M. Mott<br><br>Next Scheduled Event:<br>Initial Conference, January 3, 2014 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this 17th day of October, 2013, copies of Defendant Bimbo Bakeries USA's Praecipe to Enter Appearance; Corporate Disclosure Statement; Consent Motion to Extend Defendant's Time to Respond to the Complaint; and Certificate Pursuant to D.C. Superior Court Rule of Civil Procedure 12-I, were served on Plaintiff's Counsel, Tracy Rezvani, Esq., via Federal Express.

    Respectfully submitted,

    */s/ Steven A. Luxton*
    Steven A. Luxton
    D.C. Bar No. 470468
    MORGAN, LEWIS & BOCKIUS LLP
    1111 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004
    (202) 739-5452

    ATTORNEYS FOR DEFENDANT
    BIMBO BAKERIES USA

DB1/ 76175672.1

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| **THE NATIONAL CONSUMERS LEGUE,** | * * * | |
| | * | Civil Case No. 2013 CA 006548 B |
| **Plaintiff** | * | Calendar II |
| | * | Judge John M. Mott |
| **v.** | * | |
| | * | |
| **BIMBO BAKERIES USA,** | * | |
| | * | |
| **Defendant** | | |

# ORDER

Upon consideration of the defendant's Consent Motion to Extend Defendant's Time to Respond to the Complaint, it is this **28th** day of **October, 2013**, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the defendant Bimbo Bakeries USA has until November 18, 2013 to file an answer to the complaint.

_____
The Honorable John M. Mott
Associate Judge
(Signed in Chambers)

Copies To:

Tracy Rezvani
1050 Connecticut Ave, NW, 10th Floor
Washington, DC 20036

Steven A. Luxton
1111 Pennsylvania Ave, NW
Washington, DC 20004